UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case No. 8:13-bk-05959-KRM
Chapter 7

Martha Lucia Correa

Debtors.

______________________________________/

**ORDER GRANTING DEBTOR'S MOTION TO DETERMINE SECURED STATUS OF PREO MORTGAGE LLC AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE**

THIS CASE came on for consideration of the Debtor's Motion to Determine Secured Status of Preo Mortgage LLC . and to Strip Lien (Doc. No.11) (the "Motion") pursuant to the negative notice provisions of Local Rule 2002-4. Having considered the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, the Court deems the Motion to be uncontested. If Preo Mortgage LLC has not timely filed a proof of claim in this case, the Motion is not deemed to be an informal proof of claim except for the purpose of initiating the Debtor's ability to request relief pursuant to 11 U.S.C. § 506(a).

The real property (the "Real Property") that is the subject of the Motion is located at 7240 Bellingham Oaks Blvd Tampa , Fl 33634 , and more particularly described as follows:

> **LOT 107 BLOCK1, BELLINGHAM OAKS ,ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 88, PAGE 52 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY,FLORIDA .**

Accordingly, it is hereby

ORDERED:

1. The Motion is GRANTED.

2. If Preo Mortgage LLC , NA timely files a proof of claim, the claim shall be treated as an unsecured claim in this Chapter 7 case.

3. The lien on the Real Property held by Preo Mortgage LLC recorded on 12/01/2005, at Book 15820 Page 1777-1786 Instrument No. 2005556791 of the official records of Hillsborough County, Florida, shall be deemed void, and shall be extinguished automatically, without further court order, upon the recordation in the public records of a certified copy of this Order together with (a) a certified copy of the Debtor's Chapter 7 discharge order in this case or (b) such other paper as the Court may specify by separate order. However, the Court reserves jurisdiction to consider, if appropriate, the avoidance of Preo Mortgage LLC 's lien prior to entry of the Debtor's discharge.

4. This Order does not prohibit Preo Mortgage LLC Preo Mortgage LLC from asserting, at any time prior entry of the Debtor's discharge, any rights it may have as a defendant in any foreclosure proceeding brought by a senior mortgagee, including the right to claim excess proceeds from any foreclosure sale.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on August 19, 2013.

K Rodney May
United States Bankruptcy Judge

Attorney Jorge O . Acosta is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

## COPIES TO BE FURNISHED TO:

Bank Of America , Na Attn : President : Brian Moyniham 450 American St Simi Valley CA 93065 , Bank Of America NA 450 American St Simi Valley CA 93065 , Preo Mortgage LLC Po Box 4187 Hazelwood ,MO 63042, Beth Ann Sharrer Trustee PO Box 4550 Seminole . Fl 33775. Martha Lucia Correa 7240 Bellingham Oaks Blvd Tampa Fl 33634.