**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| In re: Correa, Martha Lucia | § | Case No. 8:13-bk-05959-KRM |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 04, 2013. The undersigned trustee was appointed on May 05, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 2,682.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 60.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 2,622.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 09/09/2013 and the deadline for filing governmental claims was 10/31/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $670.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $670.50, for a total compensation of $670.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $38.28, for total expenses of $38.28.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/25/2014 By: /s/Beth Ann Scharrer
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:13-bk-05959-KRM
**Case Name:** Correa, Martha Lucia
**Period Ending:** 03/25/14

**Trustee:** (290550) Beth Ann Scharrer
**Filed (f) or Converted (c):** 05/04/13 (f)
**§341(a) Meeting Date:** 06/06/13
**Claims Bar Date:** 09/09/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real property<br>7240 Bellingham Oaks Blvd Tampa, FL 33634 - single family, home Entirety | 115,000.00 | 0.00 | | 0.00 | FA |
| 2 | Savings account w/ Bank of America<br>Account xxxxx5500 | 12.77 | 0.00 | | 0.00 | FA |
| 3 | Checking account w/ Bank of America<br>Account #xxxxxx4814 in banks, savings and loan | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account w/ Bunbank City Federal CU<br># 20748 | 5.45 | 0.00 | | 0.00 | FA |
| 5 | Checking account w/ GTE FCU<br>Account # 470002199 brokerage houses, or | 13.91 | 0.00 | | 0.00 | FA |
| 6 | Savings account w/ GTE Financial<br>Account # 470002173 | 20.58 | 0.00 | | 0.00 | FA |
| 7 | Household goods and furnishings<br>Misc Items Furnishings audio, video, and computer | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Wearing apparel: misc. items clothing | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Interests in 401k: Bank of America | 5,742.04 | 0.00 | | 0.00 | FA |
| 10 | Anticipated 2013 Income tax return<br>Exxempted up to the maximun allowed ounterclaims of the debtor, rights to setoff claims. | Unknown | 0.00 | | 0.00 | FA |
| 11 | Automobiles, trucks, trailers and other vehicles<br>2002 Toyota 4Runner 150,000 miles | 4,000.00 | 2,652.71 | | 2,682.00 | FA |
| 12 | Automobiles, trucks, trailers and other vehicles<br>2012 Toyota Mileage 10,000 | 24,600.00 | 0.00 | | 0.00 | FA |
| **12** | **Assets Totals** (Excluding unknown values) | **$150,194.75** | **$2,652.71** | | **$2,682.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Debtor to buy from estate non-exempt interst in vehicle. 8.13

Rcvd initial payment. 09/15/13

Payments continuing. 10/16/13; 11/18/13

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:13-bk-05959-KRM
**Case Name:** Correa, Martha Lucia

**Period Ending:** 03/25/14

**Trustee:** (290550) Beth Ann Scharrer
**Filed (f) or Converted (c):** 05/04/13 (f)
**§341(a) Meeting Date:** 06/06/13
**Claims Bar Date:** 09/09/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Sale notice filed. 10/16/13

Bill of Sale filed. 12.22.13

TFR in process. 2.14

**Initial Projected Date Of Final Report (TFR):** April 15, 2014 **Current Projected Date Of Final Report (TFR):** March 19, 2014 (Actual)

March 25, 2014
Date

/s/ Beth Ann Scharrer
Beth Ann Scharrer

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 8:13-bk-05959-KRM
**Case Name:** Correa, Martha Lucia
**Taxpayer ID #:** **-***0713
**Period Ending:** 03/25/14

**Trustee:** Beth Ann Scharrer (290550)
**Bank Name:** Rabobank, N.A.
**Account:** ****371066 - Checking Account
**Blanket Bond:** $1,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/15/13 | {11} | Debtor | Initial payment for buyback of vehicle | 1129-000 | 894.00 | | 894.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 884.00 |
| 10/16/13 | {11} | Debtor | second payment for buyback of vehicle | 1129-000 | 894.00 | | 1,778.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,768.00 |
| 11/18/13 | {11} | Debtor | third payment for buyback of vehicle | 1129-000 | 894.00 | | 2,662.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,652.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,642.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,632.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,622.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **2,682.00** | **60.00** | **$2,622.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **2,682.00** | **60.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,682.00** | **$60.00** | |

| | |
|---|---|
| Net Receipts : | 2,682.00 |
| Net Estate : | $2,682.00 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ****371066** | **2,682.00** | **60.00** | **2,622.00** |
| | **$2,682.00** | **$60.00** | **$2,622.00** |

March 25, 2014
Date

/s/ Beth Ann Scharrer
Beth Ann Scharrer

# Exhibit C - Claims Analysis

## Case: 8:13-bk-05959-KRM Correa, Martha Lucia

Claims Bar Date: 09/09/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/12/13 | claims 1, 2 - proper claims. BAS | $3,034.66<br>$3,034.66 | $0.00 | $3,034.66 |
| 2 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/20/13 | | $3,728.21<br>$3,728.21 | $0.00 | $3,728.21 |
| | | | | **Case Total:** | **$0.00** | **$6,762.87** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:13-bk-05959-KRM
Case Name: Correa, Martha Lucia
Trustee Name: Beth Ann Scharrer

**Balance on hand:** **$** 2,622.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: **$** 0.00
Remaining balance: **$** 2,622.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Beth Ann Scharrer | 670.50 | 0.00 | 670.50 |
| Trustee, Expenses - Beth Ann Scharrer | 38.28 | 0.00 | 38.28 |

Total to be paid for chapter 7 administration expenses: **$** 708.78
Remaining balance: **$** 1,913.22

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: **$** 0.00
Remaining balance: **$** 1,913.22

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: **$** 0.00
Remaining balance: **$** 1,913.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,762.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | 3,034.66 | 0.00 | 858.51 |
| 2 | eCAST Settlement Corporation, assignee | 3,728.21 | 0.00 | 1,054.71 |

Total to be paid for timely general unsecured claims: $ 1,913.22
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00